IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 14-00349-01-CR-W-DW |
| | ) | |
| WILLIAM J. DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 13, 2015, the Grand Jury returned a three count Superseding Indictment against WILLIAM J. DIXON alleging that having been convicted of a felony he knowingly possessed a firearm that had been transported in and affecting interstate commerce (Count I), that he knowingly and intentionally possessed with intent to distribute 28 grams or more of Cocaine Base (Crack) (Count II), and that during a drug trafficking offense he knowingly carried and discharged a firearm (Count III).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
 Government: Alison Dunning and David Barnes
 Case Agent: Detective Matthew Williams of the Kansas City Police Department
 Defense: F.A. White, Jr. assisted by Blade Moore

**OUTSTANDING MOTIONS**:
1. The Government filed a notice indicating evidence would be offered pursuant to Fed. R. Evid. 404(b). Defense counsel will file a response by Friday, November 20, 2015.
2. The government will also file a notice it intends to offer evidence of offenses more than 10 years old under Fed. R. Evid. 609(b) by November 18, 2015. Defendant will respond by November 23, 2015.

**TRIAL WITNESSES**:
 Government: 6 with stipulations; 8 without stipulations
 Defendant: 3 witnesses, including the defendant

**TRIAL EXHIBITS**
 Government: 30-35 exhibits
 Defendant: 5 exhibits for defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:  2 ½  days**
    Government's case including jury selection:  2 days
    Defense case:  ½  day

**STIPULATIONS**:  It is unlikely the defendant will agree to any stipulations.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, November 25, 2015**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motions in Limine:** None anticipated

**TRIAL SETTING**: Criminal jury trial docket set for November 30, 2015
    **Please note:**  The case needs to be set the first week of the docket as one of the government's witnesses is unavailable the second week.

**IT IS SO ORDERED.**

                                                /s/ *Sarah W. Hays*
                                                SARAH W. HAYS
                                       UNITED STATES MAGISTRATE JUDGE